```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/28/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Vincent John Fiorentino,

                             Petitioner,

      -against-

UBS Financial Services, Inc.,

                            Respondent.

1:22-cv-02795 (SDA)

ORDER FOR
<u>TELEPHONE CONFERENCE</u>

**STEWART D. AARON, United States Magistrate Judge:**

      The parties are directed to appear for a telephone conference on Wednesday, May 4, 2022, at 3:00 p.m. to discuss the status of this action. At the scheduled time, the parties shall each separately call (888) 278-0296 (or (214) 765-0479) and enter access code 6489745.

      Petitioner's counsel is directed to provide a copy of this Order to counsel for Respondent.

**SO ORDERED.**

Dated:     New York, New York
            April 28, 2022

                                                            */s/ Stewart D. Aaron*
                                                            _____
                                                            STEWART D. AARON
                                                           United States Magistrate Judge