```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/5/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Vincent John Fiorentino,

                                 Petitioner,

-against-

UBS Financial Services, Inc.,

                                 Respondent.

1:22-cv-02795 (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

Following a telephone conference with the parties yesterday, it is hereby Ordered that the parties shall file their anticipated stipulation regarding confirmation of the arbitration award no later than May 18, 2022.

Petitioner's counsel is directed to provide a copy of this Order to counsel for Respondent, who has not yet appeared as counsel of record.

**SO ORDERED.**

Dated:      New York, New York
             May 5, 2022

_____
STEWART D. AARON
United States Magistrate Judge