```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/6/2022
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------- x
VINCENT JOHN FIORENTINO,

                          Petitioner,

      -- against --

UBS FINANCIAL SERVICES, INC.,

                         Respondent.
---------------------------------------------------------------- x

Case No. 1:22-cv-2795

### ~~PROPOSED~~ ORDER CONFIRMING THE ARBITRATION AWARD

The Court having reviewed the Petition to Confirm the Arbitration Award and accompanying documents (ECF No. 1);

**AND** having conducted a telephone conference with the parties on May 4, 2022, resulting in the Order to filing a Joint Stipulation and Proposed Order (ECF No. 6);

**AND** having considered the Joint Stipulation signed on May 6, 2022, by counsel for both Petitioner Vincent John Fiorentino and Respondent UBS Financial Services, Inc. (ECF No. 7);

**AND** having considered all arguments presented and for good cause shown;

**IT IS HEREBY ORDERED** that:

1. The Arbitration Award issued in FINRA Dispute Resolution No. 20-03189, dated February 17, 2022, in favor of the Petitioner, made by FINRA Arbitrator Richard W. Cutler (ECF No. 1-2), be **Confirmed**.

2. FINRA shall execute the Arbitrator's expungement directive removing all references to Occurrence Number 2064770 from registration records maintained by the Central Registration Depository for Mr. Fiorentino (CRD Number 1557805).

Dated: May 6, 2022

_____
STEWART D. AARON
United States Magistrate Judge