UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
VINCENT JOHN FIORENTINO,
                          Petitioner,

        -against-

UBS FINANCIAL SERVICES, INC.,
                      Respondent.
----------------------------------------------------------------X

22 **CIVIL** 2795

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated May 6, 2022, the Arbitration Award issued in FINRA Dispute Resolution No. 20-03189, dated February 17, 2022, in favor of the Petitioner, made by FINRA Arbitrator Richard W. Cutler (ECF No. 1-2), is Confirmed. 2. FINRA shall execute the Arbitrator's expungement directive removing all references to Occurrence Number 2064770 from registration records maintained by the Central Registration Depository for Mr. Fiorentino (CRD Number 1557805).

**Dated**: New York, New York
       May 9, 2022

                                  **RUBY J. KRAJICK**

                                  **Clerk of Court**
       **BY:**
                                  **Deputy Clerk**